B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

In re   SHEILA L BATTIE-HOWARD                                    Case No.  23-10936

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | Prosper Marketplace Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Phone:  (877) 264-5884
Last Four Digits of Acct #:  2770

Court Claim # (if known):  25
Amount of Claim:  $2,812.75
Date Claim Filed:  04/14/2023

Phone:  
Last Four Digits of Acct. #:  5108

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:  

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Teresa Hicks                                Date:  Aug. 23, 2023
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.