Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−10936−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sheila L Battie−Howard
    524 E Revere Court
    Galloway, NJ 08205

Social Security No.:
    xxx−xx−5552

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

        NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 2, 2023.

Dated: November 2, 2023
JAN: kvr

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10936-JNP |
| Sheila L Battie-Howard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 02, 2023 | Form ID: plncf13 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila L Battie-Howard, 524 E Revere Court, Galloway, NJ 08205-3235 |
| 519829403 | + | Amerisave Mortgage, 524 E Revere Court, Absecon, NJ 08205-3235 |
| 519829410 | + | CBNA, PO Box 628, Olean, NY 14760-0628 |
| 519829416 | | Discover Student Loans, PO Box 309848, Salt Lake City, UT 84130 |
| 519829417 | + | EnerBank, PO Box 30122, Salt Lake City, UT 84130-0122 |
| 519829421 | + | Jefferson Hospital, in c/o Windham Professionals, Inc, 384 Main Street, Salem, NH 03079-2412 |
| 520011747 | #+ | Kendall Laster, 524 E Revere Ct, Galloway, NJ 08205-3235 |
| 519829422 | | Kia Motors, PO Box 669891, Dallas, TX 75266 |
| 520011696 | + | Marion Howard, 524 East Revere Court, Galloway, NJ 08205-3235 |
| 519830189 | + | Marion Howard, Jr., 524 E Revere Court, Absecon, NJ 08205-3235 |
| 519838358 | + | NJClass, PO Box 544, Trenton, NJ 08625-0544 |
| 519829423 | + | NJClass Student loans, PO Box 538, Trenton, NJ 08625-0538 |
| 519829428 | + | Sallie Mae, PO Box 653090, Dallas, TX 75265-3090 |
| 519829431 | + | TD Bank, PO Box 218, Lewiston, ME 04243-0218 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519829404 | ^ | MEBN | Nov 02 2023 20:39:20 | ARS Account Resolution, 1643 Harrison Parkway, Fort Lauderdale, FL 33323-2857 |
| 519829405 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 02 2023 20:48:00 | Bank of America, 4060 Oglestown/Stanton Road, Newark, DE 19713 |
| 519829407 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 02 2023 20:49:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 519829408 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2023 20:50:00 | Boscovs, PO Box 659622, San Antonio, TX 78265-9622 |
| 519829409 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2023 21:05:20 | Capital one, 1680 Capital One Blvd, Mc Lean, VA 22102-3407 |
| 519829411 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2023 20:54:20 | Citibank, 100 Citibank Drive, PO Box 769004, San Antonio, TX 78245-9004 |
| 519848864 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2023 20:50:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519882021 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2023 | Form ID: plncf13 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 02 2023 21:16:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519829413 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2023 20:50:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 519880593 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 02 2023 20:49:00 | Amerisave Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519829414 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 02 2023 20:50:00 | Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 519918049 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2023 20:49:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519829415 | + | Email/Text: mrdiscen@discover.com | Nov 02 2023 20:48:00 | Discover Bank, PO Box 30416, Salt Lake City, UT 84130-0416 |
| 519834036 | | Email/Text: mrdiscen@discover.com | Nov 02 2023 20:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519835830 | + | Email/Text: DSLBKYPRO@discover.com | Nov 02 2023 20:50:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 519829418 | | Email/Text: bankruptcycourts@equifax.com | Nov 02 2023 20:49:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 519829419 | ^ | MEBN | Nov 02 2023 20:39:06 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519842356 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 02 2023 20:50:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 519829420 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 02 2023 20:49:00 | IC Systems, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519865172 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2023 20:54:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519851294 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2023 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519829425 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2023 21:05:34 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519855079 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2023 20:54:23 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519855106 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2023 21:05:39 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519855080 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2023 21:15:58 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519855081 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2023 21:05:45 | Portfolio Recovery Associates, LLC, c/o JC PENNEY, POB 41067, Norfolk, VA 23541 |
| 519855076 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2023 20:54:09 | Portfolio Recovery Associates, LLC, c/o U.S. BANK NATIONAL ASSOCIATION, POB 41067, Norfolk, VA 23541 |
| 519829426 | | Email/Text: signed.order@pfwattorneys.com | Nov 02 2023 20:48:00 | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 519829424 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2023 21:16:01 | PayPal, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 519829427 | ^ | MEBN | Nov 02 2023 20:39:10 | Prosper Marketplace, 221 Main Street, San Francisco, CA 94105-1906 |
| 519890878 | + | Email/Text: bncmail@w-legal.com | Nov 02 2023 20:50:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

District/off: 0312-1 User: admin Page 3 of 4
Date Rcvd: Nov 02, 2023 Form ID: plncf13 Total Noticed: 56

| 519884938 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 02 2023 20:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519884937 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 02 2023 20:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519829429 | | Email/Text: EBN@seliplaw.com | | |
| | | | Nov 02 2023 20:49:00 | Selip & Stylianou, 10 Forrest Avenue, PO Box 914, Paramus, NJ 07653 |
| 519829430 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 02 2023 20:54:39 | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 519886716 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Nov 02 2023 20:54:58 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519829825 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 02 2023 20:54:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519864878 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 02 2023 20:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519837128 | ^ | MEBN | | |
| | | | Nov 02 2023 20:39:15 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519829432 | ^ | MEBN | | |
| | | | Nov 02 2023 20:39:03 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519829406 | * | Bank of America, 4060 Oglestown/Stanton Road, Newark, DE 19713 |
| 519829412 | *+ | Citibank, 100 Citibank Drive, PO Box 769004, San Antonio, TX 78245-9004 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | |
| | ecfmail@standingtrustee.com |
| Andrew M. Carroll | |

District/off: 0312-1                                     User: admin                                     Page 4 of 4
Date Rcvd: Nov 02, 2023                              Form ID: plncf13                            Total Noticed: 56

on behalf of Debtor Sheila L Battie-Howard AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com

Brian C. Nicholas

on behalf of Creditor AmeriSave Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6