## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
#### Case Number: 23-10936 (JNP)

Sheila L. Battie-Howard
524 East Revere Court
Galloway, NJ  08205

Monthly Payment: $1,030.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

### For the period of 01/01/2023 to 12/31/2023
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 03/08/2023 | $250.00 | 03/15/2023 | $250.00 | 03/22/2023 | $250.00 | 03/29/2023 | $250.00 |
| 04/05/2023 | $250.00 | 04/12/2023 | $250.00 | 04/19/2023 | $250.00 | 04/26/2023 | $250.00 |
| 05/03/2023 | $250.00 | 05/10/2023 | $250.00 | 05/17/2023 | $250.00 | 05/24/2023 | $250.00 |
| 06/01/2023 | $250.00 | 06/07/2023 | $250.00 | 06/14/2023 | $250.00 | 06/22/2023 | $250.00 |
| 06/28/2023 | $250.00 | 07/06/2023 | $250.00 | 07/12/2023 | $250.00 | 07/19/2023 | $250.00 |
| 07/26/2023 | $250.00 | 08/02/2023 | $250.00 | 08/09/2023 | $250.00 | 08/16/2023 | $250.00 |
| 08/23/2023 | $250.00 | 08/30/2023 | $250.00 | 09/07/2023 | $250.00 | 09/13/2023 | $250.00 |
| 09/20/2023 | $250.00 | 09/27/2023 | $250.00 | 10/04/2023 | $250.00 | 10/12/2023 | $250.00 |
| 10/18/2023 | $250.00 | 10/25/2023 | $250.00 | 11/01/2023 | $250.00 | 11/08/2023 | $250.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | SHEILA L. BATTIE-HOWARD | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW M. CARROLL, ESQUIRE | 13 | $3,250.00 | $3,250.00 | $0.00 | $3,250.00 |
| 1 | ARS ACCOUNT RESOLUTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERISAVE MORTGAGE CORPORATION | 24 | $97.27 | $97.27 | $0.00 | $97.27 |
| 3 | BANK OF AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,401.69 | $0.00 | $3,401.69 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $1,495.66 | $0.00 | $1,495.66 | $0.00 |
| 6 | CITIBANK, N.A. | 33 | $4,799.59 | $0.00 | $4,799.59 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,880.39 | $0.00 | $4,880.39 | $0.00 |
| 8 | CITIBANK, N.A. | 33 | $851.22 | $0.00 | $851.22 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $1,011.87 | $0.00 | $1,011.87 | $0.00 |
| 10 | DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DISCOVER BANK | 33 | $4,302.50 | $0.00 | $4,302.50 | $0.00 |
| 12 | DISCOVER STUDENT LOANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ENERBANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | EQUIFAX | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | IC SYSTEMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | JEFFERSON HOSPITAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | HYUNDAI CAPITAL AMERICA | 28 | $357.08 | $238.24 | $118.84 | $238.24 |
| 19 | NJ CLASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $4,292.08 | $0.00 | $4,292.08 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,434.10 | $0.00 | $3,434.10 | $0.00 |

### THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | PRESSLER, FELT & WARSHAW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LVNV FUNDING, LLC | 33 | $2,812.75 | $0.00 | $2,812.75 | $0.00 |
| 24 | SALLIE MAE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SELIP & STYLIANOU | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | TD BANK, N.A. | 33 | $4,005.98 | $0.00 | $4,005.98 | $0.00 |
| 28 | TRANSUNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ANDREW M. CARROLL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | TD BANK, N.A. | 33 | $2,552.93 | $0.00 | $2,552.93 | $0.00 |
| 32 | NJ CLASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | NJ CLASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,887.39 | $0.00 | $3,887.39 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,780.80 | $0.00 | $3,780.80 | $0.00 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,809.26 | $0.00 | $1,809.26 | $0.00 |
| 37 | TD BANK USA, N.A. | 33 | $1,584.64 | $0.00 | $1,584.64 | $0.00 |
| 38 | LVNV FUNDING, LLC | 33 | $1,602.14 | $0.00 | $1,602.14 | $0.00 |
| 39 | SYNCHRONY BANK | 33 | $1,324.08 | $0.00 | $1,324.08 | $0.00 |
| 40 | SYNCHRONY BANK | 33 | $1,561.58 | $0.00 | $1,561.58 | $0.00 |
| 41 | DEPARTMENT OF THE TREASURY | 28 | $6,820.38 | $4,550.49 | $2,269.89 | $4,550.49 |
| 42 | DEPARTMENT OF THE TREASURY | 33 | $154.54 | $0.00 | $154.54 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2023 | 7.00 | $0.00 |
| 10/01/2023 | Paid to Date | $8,500.00 |
| 11/01/2023 | 52.00 | $1,030.00 |
| 03/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,000.00 |
| Total paid to creditors this period: | $8,136.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,590.00 |
| Attorney: | ANDREW M. CARROLL, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**