Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-10936 (JNP)

Sheila L. Battie-Howard  
524 East Revere Court  
Galloway, NJ  08205

Monthly Payment: $1,099.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/19/2024 | $325.00 | 01/25/2024 | $325.00 | 02/01/2024 | $325.00 | 02/08/2024 | $325.00 |
| 02/15/2024 | $325.00 | 02/23/2024 | $325.00 | 02/29/2024 | $325.00 | 03/07/2024 | $325.00 |
| 03/14/2024 | $325.00 | 03/21/2024 | $325.00 | 03/28/2024 | $325.00 | 04/04/2024 | $325.00 |
| 04/11/2024 | $325.00 | 04/18/2024 | $325.00 | 04/25/2024 | $325.00 | 05/02/2024 | $325.00 |
| 05/09/2024 | $325.00 | 05/16/2024 | $325.00 | 05/23/2024 | $325.00 | 05/31/2024 | $325.00 |
| 06/06/2024 | $325.00 | 06/13/2024 | $325.00 | 06/21/2024 | $325.00 | 06/27/2024 | $325.00 |
| 07/08/2024 | $325.00 | 07/18/2024 | $260.00 | 07/25/2024 | $260.00 | 08/01/2024 | $260.00 |
| 08/08/2024 | $260.00 | 08/15/2024 | $260.00 | 08/22/2024 | $260.00 | 08/29/2024 | $260.00 |
| 09/06/2024 | $260.00 | 12/26/2024 | $1,099.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SHEILA L. BATTIE-HOWARD | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW M. CARROLL, ESQUIRE | 13 | $3,250.00 | $3,250.00 | $0.00 | $3,250.00 |
| 1 | ARS ACCOUNT RESOLUTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERISAVE MORTGAGE CORPORATION | 24 | $97.27 | $97.27 | $0.00 | $97.27 |
| 3 | BANK OF AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,401.69 | $432.30 | $2,969.39 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $1,495.66 | $190.08 | $1,305.58 | $0.00 |
| 6 | CITIBANK, N.A. | 33 | $4,799.59 | $609.96 | $4,189.63 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,880.39 | $620.23 | $4,260.16 | $0.00 |
| 8 | CITIBANK, N.A. | 33 | $851.22 | $108.18 | $743.04 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $1,011.87 | $128.60 | $883.27 | $0.00 |
| 10 | DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DISCOVER BANK | 33 | $4,302.50 | $546.79 | $3,755.71 | $0.00 |
| 12 | DISCOVER STUDENT LOANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ENERBANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | EQUIFAX | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | IC SYSTEMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | JEFFERSON HOSPITAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | HYUNDAI CAPITAL AMERICA | 28 | $357.08 | $357.08 | $0.00 | $238.24 |
| 19 | NJ CLASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $4,292.08 | $545.46 | $3,746.62 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,434.10 | $436.43 | $2,997.67 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | PRESSLER, FELT & WARSHAW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LVNV FUNDING, LLC | 33 | $2,812.75 | $357.47 | $2,455.28 | $0.00 |
| 24 | SALLIE MAE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SELIP & STYLIANOU | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | TD BANK, N.A. | 33 | $4,005.98 | $509.10 | $3,496.88 | $0.00 |
| 28 | TRANSUNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ANDREW M. CARROLL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | TD BANK, N.A. | 33 | $2,552.93 | $324.45 | $2,228.48 | $0.00 |
| 32 | NJ CLASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | NJ CLASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,887.39 | $494.05 | $3,393.34 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,780.80 | $480.49 | $3,300.31 | $0.00 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,809.26 | $229.95 | $1,579.31 | $0.00 |
| 37 | TD BANK USA, N.A. | 33 | $1,584.64 | $201.38 | $1,383.26 | $0.00 |
| 38 | LVNV FUNDING, LLC | 33 | $1,602.14 | $203.62 | $1,398.52 | $0.00 |
| 39 | SYNCHRONY BANK | 33 | $1,324.08 | $168.28 | $1,155.80 | $0.00 |
| 40 | SYNCHRONY BANK | 33 | $1,561.58 | $198.46 | $1,363.12 | $0.00 |
| 41 | DEPARTMENT OF THE TREASURY | 28 | $6,820.38 | $6,820.38 | $0.00 | $4,550.49 |
| 42 | DEPARTMENT OF THE TREASURY | 33 | $154.54 | $19.65 | $134.89 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2023 | 20.00 | $0.00 |
| 11/01/2024 | Paid to Date | $19,205.00 |
| 12/01/2024 | 39.00 | $1,099.00 |
| 03/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,304.00 |
| Total paid to creditors this period: | $8,136.00 |
| Undistributed Funds on Hand: | $989.11 |
| Arrearages: | $0.00 |
| Attorney: | ANDREW M. CARROLL, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**