# U.S. Bankruptcy Court

## New Jersey Bankruptcy - Camden

Receipt Date: Dec 27, 2024 2:14PM

Firstmark Services
121 S. 13th Street
Lincoln, NE 68508

Rcpt. No: 40000969                Trans. Date: Dec 27, 2024 2:14PM                Cashier ID: #AS

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| TCNW | Transfer of Clai | 23-10936-JNP | 1 | 28.00 | 28.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #347883 | 12/27/2024 | $28.00 |
| | | | Total Due Prior to Payment: | $28.00 |
| | | | Total Tendered: | $28.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Judge:** JNP **Case:** 23-10936-JNP

**Debtor:** Sheila L Battie-Howard

**341 Meeting:** Friday 10th of March 2023 at 09:00 AM

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Sheila L Battie-Howard                    ,         Case No.  23-10936

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| OSLT | Discover Student Loans |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Firstmark Services
PO Box 82522
Lincoln, NE 68501

Court Claim # (if known):  2-1
Amount of Claim:  $11,948.65
Date Claim Filed:  02/13/2023

Phone:  888-538-7378
Last Four Digits of Acct #:  5552

Phone:  800-618-1621
Last Four Digits of Acct. #:  0132

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /S/ Alyssa Faubion                                   Date: 12/04/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Firstmark Services**
A DIVISION OF ⓝelnet
PO Box 82522
Lincoln, Nebraska 68501-2522

**FILED**
JEANNE A. NAUGHTON, CLERK

DEC 27 2024

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102

RETURN SERVICE REQUESTED



US POSTAGE
ZIP 68508
02 4W
0000377637D