**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 23-10936 (JNP)**

Monthly Payment: $1,099.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Sheila L. Battie-Howard
524 East Revere Court
Galloway, NJ 08205

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/23/2025 | $1,099.00 | 03/17/2025 | $1,099.00 | 04/01/2025 | $1,099.00 | 05/02/2025 | $1,099.00 |
| 06/03/2025 | $1,099.00 | 07/02/2025 | $1,099.00 | 08/01/2025 | $1,099.00 | 09/02/2025 | $1,099.00 |
| 10/02/2025 | $1,099.00 | 11/03/2025 | $1,099.00 | 12/03/2025 | $1,099.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SHEILA L. BATTIE-HOWARD | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW M. CARROLL, ESQUIRE | 13 | $3,250.00 | $3,250.00 | $0.00 | $0.00 |
| 1 | ARS ACCOUNT RESOLUTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERISAVE MORTGAGE CORPORATION | 24 | $97.27 | $97.27 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,401.69 | $1,186.36 | $2,215.33 | $432.30 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $1,495.66 | $521.62 | $974.04 | $190.08 |
| 6 | CITIBANK, N.A. | 33 | $4,799.59 | $1,673.89 | $3,125.70 | $609.96 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,880.39 | $1,702.06 | $3,178.33 | $620.23 |
| 8 | CITIBANK, N.A. | 33 | $851.22 | $296.87 | $554.35 | $108.18 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $1,011.87 | $352.90 | $658.97 | $128.60 |
| 10 | DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DISCOVER BANK | 33 | $4,302.50 | $1,500.52 | $2,801.98 | $546.79 |
| 12 | FIRSTMARK SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ENERBANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | EQUIFAX | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | IC SYSTEMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | JEFFERSON HOSPITAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | HYUNDAI CAPITAL AMERICA | 28 | $357.08 | $357.08 | $0.00 | $118.84 |
| 19 | NJ CLASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $4,292.08 | $1,496.89 | $2,795.19 | $545.46 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,434.10 | $1,197.66 | $2,236.44 | $436.43 |
| 22 | PRESSLER, FELT & WARSHAW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LVNV FUNDING, LLC | 33 | $2,812.75 | $980.95 | $1,831.80 | $357.47 |
| 24 | SALLIE MAE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SELIP & STYLIANOU | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | TD BANK, N.A. | 33 | $4,005.98 | $1,397.11 | $2,608.87 | $509.10 |
| 28 | TRANSUNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ANDREW M. CARROLL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | TD BANK, N.A. | 33 | $2,552.93 | $890.35 | $1,662.58 | $324.45 |
| 32 | NJ CLASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | NJ CLASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,887.39 | $1,355.73 | $2,531.66 | $494.05 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,780.80 | $1,318.58 | $2,462.22 | $480.49 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,809.26 | $630.99 | $1,178.27 | $229.95 |
| 37 | TD BANK USA, N.A. | 33 | $1,584.64 | $552.65 | $1,031.99 | $201.38 |
| 38 | LVNV FUNDING, LLC | 33 | $1,602.14 | $558.75 | $1,043.39 | $203.62 |
| 39 | SYNCHRONY BANK | 33 | $1,324.08 | $461.78 | $862.30 | $168.28 |
| 40 | SYNCHRONY BANK | 33 | $1,561.58 | $544.61 | $1,016.97 | $198.46 |
| 41 | DEPARTMENT OF THE TREASURY | 28 | $6,820.38 | $6,820.38 | $0.00 | $2,269.89 |
| 42 | DEPARTMENT OF THE TREASURY | 33 | $154.54 | $42.47 | $112.07 | $19.65 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2023 | 20.00 | $0.00 |
| 11/01/2024 | Paid to Date | $19,205.00 |
| 12/01/2024 | 39.00 | $1,099.00 |
| 03/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,089.00 |
| Total paid to creditors this period: | $9,193.66 |
| Undistributed Funds on Hand: | $11.42 |
| Arrearages: | $1,099.00 |
| Attorney: | ANDREW M. CARROLL, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**